

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Wayne Nixon, Appellant

No. 06-23-00027-CR          v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F14755). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Robert Wayne Nixon, pay all costs incurred by reason of this appeal.

RENDERED MAY 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk